FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUIS

2009 DEC 21 AM 9: 5

LORETTA G. WHYT
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD JOSEPH WASHINGTON, JR. | CIVIL ACTION |
| VERSUS | NO. 08-5209 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "D" (2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation filed by plaintiff on November 17, 2009, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 18th day of Dec, 2009.

UNITED STATES DISTRICT JUDGE